

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00575-CV

**IN THE ESTATE** of Carlos **AGUILAR**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 23, 2021

APPEAL DISMISSED

On March 29, 2021, this court abated this appeal and remanded the cause to the trial court to effectuate the parties' settlement agreement. On June 10, 2021, the parties filed a "Joint Motion to Dismiss Appeal." We reinstate this cause on the docket of this court, grant the joint motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM